IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHARLES MOBLEY,

    Plaintiff,

v.                                   CASE NO. 5:11cv172-RH/GRJ

LT. BROCK et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    The plaintiff was a prisoner when he filed this civil-rights case. The case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed.

    The report and recommendation concludes that the case should be dismissed without prejudice based on the plaintiff's failure to disclose prior lawsuits as required by this district's standard prisoner civil-rights complaint form. Dismissal without prejudice is not too severe a sanction under these circumstances. If the form is to serve its purpose, a plaintiff must provide accurate information. If word got around the prisons that inaccurate or incomplete information could be provided

with no effective sanction, the form would serve little purpose. And word does get around the prisons.

For these reasons, and the additional reasons set forth by the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on January 31, 2012.

s/Robert L. Hinkle
United States District Judge